# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EXEGI PHARMA, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>BROOKFIELD PHARMACEUTICALS, LLC,<br><br>     Defendant. | Case No. 20-CV-192-JPS<br><br><br><br>**ORDER** |

   This case concerns alleged violations of the Lanham Act, 15 U.S.C. § 1125(a) (the "Lanham Act"), and state law arising from the marketing and sale of probiotics. ECF No. 1. On March 15, 2024, the parties filed a proposed final consent judgment. ECF No. 122.[1] The parties agree that judgment should be entered in favor of Plaintiff and against Defendant on Counts I and III of the complaint, which allege claims of false advertising under the Lanham Act and common law unfair competition. *Id.* at 1. The parties further agree that Plaintiff's remaining claims—Counts II, IV, and V, which allege claims of unfair competition under the Lanham Act, violation of Wis. Stat. § 100.18, and tortious interference with prospective contractual relations[2]—be dismissed with prejudice and without costs. *Id.* at 2. The Court has no quarrel with the terms of the parties' proposed final consent judgment, and it will accordingly direct that judgment be entered according

---

   [1]The parties previously filed a different, but incomplete, version of the proposed final consent judgment. ECF No. 121.

   [2]The Court previously dismissed Count II (unfair competition under the Lanham Act) and Count IV (violation of § 100.18) without prejudice. ECF Nos. 101, 114.

to the specific terms set forth in the parties' proposed final consent judgment.

Accordingly,

**IT IS ORDERED** that the parties' proposed final consent judgment, ECF No. 122, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment in favor of Plaintiff according to the terms set forth in the parties' proposed final consent judgment, ECF No. 122; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 20th day of March, 2024.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge